# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JAMES FAULKNER, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>F. BURLESON AND BILL OLDHAM, )<br> )<br>    Defendants. ) | Case No. 2:15-cv-02220-TLP-tmp<br><br>JURY DEMAND |

## ORDER DIRECTING CLERK TO REISSUE PROCESS

Summons have been returned unexecuted in this matter. (*See* ECF No. 9.) As a result, the Court ordered the issuance of a third-party subpoena to obtain the Defendant's address. (*See* ECF Nos. 10–12.) The Shelby County Sheriff's Office answered the subpoena and provided Defendant's last known address. (ECF No. 12.)

The Clerk is DIRECTED to reissue process for Defendant F. Burleson at the address provided in sealed document ECF No. 16. Service shall be made on Defendant pursuant to Federal Rule of Civil Procedure 4(e) and Tennessee Rule of Civil Procedure 4.04(1), (10), either by mail or in person if mail service is not effective. All costs of service shall be advanced by the United States.

The Clerk is further DIRECTED to maintain all documents containing Defendant F. Burleson's address under seal.

**SO ORDERED**, this 18th day of January, 2019.

                                            s/Thomas L. Parker
                                            THOMAS L. PARKER
                                            UNITED STATES DISTRICT JUDGE